# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv116

| | |
|---|---|
| RICHARD SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SHEET METAL WORKERS ) | |
| NATIONAL PENSION FUND, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on the motion [Doc. 11] of Joyce M. Brooks, counsel for the Defendant, for the admission of Marc H. Rifkind *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion [Doc. 11] is **ALLOWED**, and Marc H. Rifkind is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: May 20, 2008

Martin Reidinger
United States District Judge