# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv116

| | |
|---|---|
| RICHARD SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SHEET METAL WORKERS ) | |
| NATIONAL PENSION FUND, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the report of the parties' mediator [Doc. 26], which states that the case is completely settled. As a result, the Court will provide the parties with an opportunity to exchange settlement documents prior to the filing of the stipulation of dismissal or such other documents as shall close the Court file.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall file all documents necessary to close the Court file in this matter on or before November 14, 2008.

Signed: October 15, 2008

Martin Reidinger
United States District Judge